UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEFFERY D. DUNN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-0952** |
| **CITY OF NEW ORLEANS, ET AL.** | **SECTION "F" (1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this  18th  day of      October      , 2012.

_____
**UNITED STATES DISTRICT JUDGE**